# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                                        :
                                                             :   Chapter 11
MMC Precision Holdings Corp.,                                :
a Delaware corporation,                                      :   Case No. 09 - _____ (____)
                                                             :
            Debtor.                                          :
                                                             :
Employer's Tax Identification No.:                           :
76-0826899                                                   :
                                                             :
                                                             :
---------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   Chapter 11
Morton Industrial Group, Inc.,                               :
a Delaware corporation,                                      :   Case No. 09 - _____ (____)
                                                             :
            Debtor.                                          :
                                                             :
Employer's Tax Identification No.:                           :
38-0811650                                                   :
                                                             :
---------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   Chapter 11
Morton Metalcraft Co.,                                       :
an Illinois corporation,                                     :   Case No. 09 - _____ (____)
                                                             :
            Debtor.                                          :
                                                             :
Employer's Tax Identification No.:                           :
37-0843616                                                   :
                                                             :
---------------------------------------------------------------x

| | |
|---|---|
| ---------------------------------------------------------x<br>In re<br><br>Morton Metalcraft Co. of North Carolina,<br>a North Carolina corporation,<br><br>      Debtor.<br><br>Employer's Tax Identification No.:<br>56-2000199<br><br>---------------------------------------------------------x | Chapter 11<br><br>Case No. 09 - _____ (____) |
| In re<br><br>Morton Technical Services, Inc.,<br>an Illinois corporation,<br><br>      Debtor.<br><br>Employer's Tax Identification No.:<br>26-0434966<br><br>---------------------------------------------------------x | Chapter 11<br><br>Case No. 09 - _____ (____) |
| In re<br><br>B&W Metal Fabricators, Inc.,<br>a North Carolina corporation,<br><br>      Debtor.<br><br>Employer's Tax Identification No.:<br>56-1201150<br><br>---------------------------------------------------------x | Chapter 11<br><br>Case No. 09 - _____ (____) |

```
-------------------------------------------------------x
                                                       :
In re                                                  :
                                                       :  Chapter 11
Morton Metalcraft Co. of Pennsylvania,                 :
a Pennsylvania corporation,                            :  Case No. 09 - _____ (____)
                                                       :
                Debtor.                                :
                                                       :
Employer's Tax Identification No.:                     :
20-4624526                                             :
                                                       :
                                                       :
-------------------------------------------------------x
                                                       :
In re                                                  :
                                                       :  Chapter 11
Morton Metalcraft Co. of South Carolina,               :
a South Carolina corporation,                          :  Case No. 09 - _____ (____)
                                                       :
                Debtor.                                :
                                                       :
Employer's Tax Identification No.:                     :
37-1372687                                             :
                                                       :
                                                       :
-------------------------------------------------------x
```

### *EX-PARTE* MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "Debtors")[1] hereby move the Court for the entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

---

[1] The Debtors are the following 8 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): MMC Precision Holdings Corp., a Delaware corporation (6899), Morton Industrial Group, Inc., a Delaware corporation (1650), Morton Metalcraft Co., an Illinois corporation (3616), Morton Metalcraft Co. of North Carolina, a North Carolina corporation (0199), Morton Technical Services, Inc., an Illinois corporation (4966), B&W Metal Fabricators, Inc., a North Carolina corporation (1150), Morton Metalcraft Co. of Pennsylvania, a Pennsylvania corporation (4526) and Morton Metalcraft Co. of South Carolina, a South Carolina corporation (2687). The address of each of the Debtors is 1021 W. Birchwood Street, Morton, IL 61550.

District of Delaware (the "Local Rules"): (i) directing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only and (ii) granting certain related relief (the "Motion"). In support of this Motion, the Debtors incorporate the statements contained in the Affidavit of Frank C. Lukacs in Support of First-Day Motions (the "Lukacs Affidavit") filed substantially contemporaneously herewith and further respectfully state as follows:

### Jurisdiction and Venue

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

### Background

2. On March 22, 2009 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Bankruptcy Cases"). The Debtors are continuing to operate their businesses as debtors and debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. No trustee or official committee of unsecured creditors has been appointed in these cases.

3. The Debtors are in the business of manufacturing highly engineered metal components and subassemblies for a wide range of large and prestigious, construction, industrial, and agricultural original equipment manufacturers ("OEMs") on a contractual basis. The Debtors' products include engine enclosures, panels, platforms, frames, tanks and other components used in backhoes, excavators, tractors, wheel loaders, power generators, turf care equipment and similar industrial equipment. The Debtors' superior competitive strengths have resulted in strong, focused relationships with customers such as Deere & Co. ("Deere"),

Caterpillar Inc. ("Caterpillar"), JLG Industries, Inc. ("JLG"), Kubota Manufacturing of America and Winnebago Industries, Inc. Deere, Caterpillar, and JLG, who together generated over 90% of the Debtors' 2008 net sales, are the Debtors' largest customers. MMC Precision Holdings Corp. ("Parent") is the direct parent and/or the indirect 100% equity owner of each of the remaining Debtors.

4. The Debtors have five manufacturing facilities strategically located in the Midwestern, Northeastern and Southeastern United States in close proximity to the Debtors' customers' manufacturing and assembly facilities. Two of the Debtors' facilities are located in Morton, Illinois, two are located in North Carolina (Welcome and Apex) and one of the Debtors' facilities is located in Bedford, Pennsylvania. The revenues generated from the facilities located in Morton, Illinois accounted for approximately 65% of the Debtors' 2008 total revenues.

5. As of February 28, 2009, the Debtors had 993 employees, of which 170 were salaried and 823 were hourly. None of the Debtors' employees are subject to collective bargaining agreements.

6. For fiscal year ended December 31, 2008, the Debtors had net sales on a consolidated unaudited basis of approximately $208,883,000. For the fiscal years ended December 31, 2008, 2007 and 2006, the Debtors had net losses on a consolidated unaudited basis of $6,682,000, $16,504,000, and $4,783,000, respectively. The Debtors' interest bearing liabilities totaled approximately $78,074,333.37 at March 15, 2009.

7. Several factors have severely impacted the Debtors' business, prompting the liquidity pressures that precipitated the decision to commence these chapter 11 cases. The Debtors incurred significant losses from their continued operations and anticipate experiencing at least a 40% drop off in sales in 2009 compared with 2008. Sales for January and February 2009,

compared with comparable data for January and February 2008, are down 32% which has led to an immediate liquidity need. In addition, the Debtors, like so many other businesses, have been severely impacted by deteriorating economic conditions and lack of available credit in the capital and credit markets.

8.     To assist in addressing these financial difficulties, the Debtors retained AlixPartners ("Alix") to assist the Debtors with restructuring their debt, raising new capital and reducing their costs. These efforts have been successful in both ensuring that the Debtors had adequate short-term liquidity and shoring up commercial relationships with the Debtors' critical suppliers and customers. As to the former, on February 20, 2009, the Debtors secured an additional $2,000,000 in revolving credit from their prepetition secured lenders pursuant to a second amendment and waiver of defaults of the Debtors' prepetition senior credit agreement. As to the latter, the Debtors have worked diligently with their suppliers and customers so that the Debtors can continue their production of top-quality components and subassemblies.

9.     Notwithstanding the Debtors' diligent pursuit of out-of-court alternatives, in the end, the continued deterioration in the market for their products and the increasing pressure from the Debtors' lenders, vendors and creditors, have required that the Debtors commence these cases to: (a) address their pressing liquidity problems, (b) provide the opportunity to, among other things, stabilize the Debtors' business through structural improvements and the evaluation and elimination of liabilities that serve only as a drain on the Debtors' profitability and (c) allow the Debtors to work toward a restructuring through a prompt and efficient "going concern" sale of substantially all of their assets pursuant to section 363 of the Bankruptcy Code (the "Sale").

10.    The Debtors believe that this strategy will allow them to meet several

critical objectives, including allowing the ongoing operation of the Debtors' business without interruption to supplier and customer relationships.

**Relief Requested**

11. The Debtors seek entry of an order, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing: (a) the joint administration of the Debtors' chapter 11 cases and (b) parties in interest to use a consolidated caption, indicating that any pleading they file relates to the jointly administered bankruptcy cases of "MMC Precision Holdings Corp., *et al.*"

12. The Debtors further request that a docket entry be made on the docket in the chapter 11 cases of MMC Precision Holdings Corp., Morton Industrial Group, Inc., Morton Metalcraft Co., Morton Metalcraft Co. of North Carolina, Morton Technical Services, Inc., B&W Metal Fabricators, Inc., Morton Metalcraft Co. of Pennsylvania and Morton Metalcraft Co. of South Carolina substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases MMC Precision Holdings Corp., Morton Industrial Group, Inc., Morton Metalcraft Co., Morton Metalcraft Co. of North Carolina, Morton Technical Services, Inc., B&W Metal Fabricators, Inc., Morton Metalcraft Co. of Pennsylvania and Morton Metalcraft Co. of South Carolina. The docket of MMC Precision Holdings Corp. in Case No. 09-_____ (____) should be consulted for all matters affecting this case.

13. A proposed consolidated caption for all notices, applications, motions and other pleadings (the "Proposed Caption") is annexed as Exhibit 1 to the proposed order approving this Motion. The Debtors request that the Court find that the Proposed Caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code in all respects.

14. Bankruptcy Rule 1015(b) provides, in relevant part, "if a joint petition or two or more petitions are pending in the same court by or against ... a debtor and an affiliate, the

court may order a joint administration of the estates." Local Rule 1015-1 states that:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon filing of a motion for joint administration … supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

As set forth above, MMC Precision Holdings Corp. ("Parent") is a holding company that owns, directly or indirectly, 100% of the equity interest in all of the remaining Debtors. Thus, the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code and this Court is authorized to grant the relief requested in this Motion. Further, as this is an order relating to the routine administration of a case, it may be entered by the Court in its sole discretion on an *ex parte* basis. See Local Rule 1015-1.

15. The joint administration of the Debtors' chapter 11 cases will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. Entering an order directing joint administration of the Debtors' chapter 11 cases will avoid the need for duplicative notices, motions and applications, thereby saving time and expense. Joint administration also will enable parties in interest in each of the above-captioned chapter 11 cases to be apprised of the various matters before the Court in all of these cases.

16. Furthermore, because these cases involve thousands of potential creditors, the entry of an order of joint administration will: (a) significantly reduce the volume of pleadings that otherwise would be filed with the Clerk of this Court, (b) render the completion of various administrative tasks less costly, (c) minimize the number of unnecessary delays associated with the administration of numerous separate chapter 11 cases and (d) protect the creditors of each of the Debtors' estates against potential conflicts of interest. Additionally,

because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only.

17. Pursuant to section 342(c)(1) of the Bankruptcy Code, "[i]f notice is required to be given by the debtor to a creditor . . . such notice shall contain the name, address, and last four digits of the taxpayer identification number of the debtor." The Proposed Caption contains all of the required information and, therefore, satisfies the terms of section 342(c) of the Bankruptcy Code.

### Notice

18. Notice of this Motion has been provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Debtors' twenty largest unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions; and (iii) counsel to the administrative agent for the Debtors' prepetition and proposed postpetition secured lenders. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m). Due to the urgency of the circumstances surrounding this Motion and the nature of the relief herein, the Debtors' respectfully submit that no further notice of this Motion is required.

### No Prior Request

19. No prior motion for the relief requested herein has been made to this or any other Court.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit A: (i) granting the relief requested herein and (ii) granting to the Debtors such other and further relief as the Court may deem proper.

Dated:  March 22, 2009
        Wilmington, Delaware

Respectfully submitted,

*/s/ Paul N. Heath*

Paul N. Heath (DE 3704)
Maris J. Finnegan (*DE admission pending*)
Drew G. Sloan (DE 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: heath@rlf.com
      mfinnegan@rlf.com
      dsloan@rlf.com

-and-

Richard A. Chesley (IL 6240877)
Gregory S. Otsuka (IL 6270388)
Hilla Uribe Jimenez (IL 6293064)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: richardchesley@paulhastings.com
      gregoryotsuka@paulhastings.com
      hillajimenez@paulhastings.com

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

# EXHIBIT A

## Proposed Order

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :   Chapter 11
MMC Precision Holdings Corp.,                                  :
a Delaware corporation,                                        :   Case No. 09 - _____ (____)
                                                               :
            Debtor.                                            :
                                                               :
Employer's Tax Identification No.:                             :
76-0826899                                                     :
                                                               :
                                                               :
---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :   Chapter 11
Morton Industrial Group, Inc.,                                 :
a Delaware corporation,                                        :   Case No. 09 - _____ (____)
                                                               :
            Debtor.                                            :
                                                               :
Employer's Tax Identification No.:                             :
38-0811650                                                     :
                                                               :
                                                               :
---------------------------------------------------------------x
                                                               :
                                                               :
In re                                                          :
                                                               :   Chapter 11
Morton Metalcraft Co.,                                         :
an Illinois corporation,                                       :   Case No. 09 - _____ (____)
                                                               :
            Debtor.                                            :
                                                               :
Employer's Tax Identification No.:                             :
37-0843616                                                     :
                                                               :
                                                               :
---------------------------------------------------------------x

```
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :    Chapter 11
Morton Metalcraft Co. of North Carolina,                    :
a North Carolina corporation,                               :    Case No. 09 - _____ (____)
                                                            :
                Debtor.                                     :
                                                            :
Employer's Tax Identification No.:                          :
56-2000199                                                  :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :    Chapter 11
Morton Technical Services, Inc.,                            :
an Illinois corporation,                                    :    Case No. 09 - _____ (____)
                                                            :
                Debtor.                                     :
                                                            :
Employer's Tax Identification No.:                          :
26-0434966                                                  :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :    Chapter 11
B&W Metal Fabricators, Inc.,                                :
a North Carolina corporation,                               :    Case No. 09 - _____ (____)
                                                            :
                Debtor.                                     :
                                                            :
Employer's Tax Identification No.:                          :
56-1201150                                                  :
                                                            :
                                                            :
------------------------------------------------------------x
```

------------------------------------------------------------x
:
In re                                                       :
                                                            :  Chapter 11
Morton Metalcraft Co. of Pennsylvania,                      :
a Pennsylvania corporation,                                 :  Case No. 09 - _____ (____)
                                                            :
              Debtor.                                       :
                                                            :
Employer's Tax Identification No.:                          :
20-4624526                                                  :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  Chapter 11
Morton Metalcraft Co. of South Carolina,                    :
a South Carolina corporation,                               :  Case No. 09 - _____ (____)
                                                            :
              Debtor.                                       :
                                                            :
Employer's Tax Identification No.:                          :
37-1372687                                                  :
                                                            :
------------------------------------------------------------x

## ORDER GRANTING *EX PARTE* MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES

This matter coming before the Court on the *Motion of the Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Chapter 11 Cases* (the "Motion"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors");[1] the Court having reviewed the Motion and the Lukacs Affidavit[2] and having

---

[1] The Debtors are the following 8 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): MMC Precision Holdings Corp., a Delaware corporation (6899), Morton Industrial Group, Inc., a Delaware corporation (1650), Morton Metalcraft Co., an Illinois corporation (3616), Morton Metalcraft Co. of North Carolina, a North Carolina corporation (0199), Morton Technical Services, Inc., an Illinois corporation (4966), B&W Metal Fabricators, Inc., a North Carolina corporation (1150), Morton Metalcraft Co. of Pennsylvania, a Pennsylvania corporation (4526) and Morton Metalcraft Co. of South Carolina, a South Carolina corporation (2687). The address of each of the Debtors is 1021 W. Birchwood Street, Morton, IL 61550.

- 3 -

considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances, and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for In re MMC Precision Holdings Corp. (the "Parent Case"), Case No. 09-_____ (____).

3.  Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "MMC Precision Holdings Corp., et al." The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4.  A docket entry shall be made on the docket in each of the above-captioned

---

(continued…)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

- 5 -

cases (other than the Parent Case) substantially stating as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases MMC Precision Holdings Corp., Morton Industrial Group, Inc., Morton Metalcraft Co., Morton Metalcraft Co. of North Carolina, Morton Technical Services, Inc., B&W Metal Fabricators, Inc., Morton Metalcraft Co. of Pennsylvania and Morton Metalcraft Co. of South Carolina. The docket of MMC Precision Holdings Corp. in Case No. 09-_____ (____) should be consulted for all matters affecting this case.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretations or implementation of this Order.


Dated: _____, 2009        _____
       Wilmington, Delaware           UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Proposed Caption

LEGAL_US_E # 82698433.2
RLF1-3379897-1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                              :
In re                                         :  Chapter 11
                                              :
MMC Precision Holdings Corp., et al.,[1]      :  Case No. 09-_____ (____)
                                              :
         Debtors.                             :  (Jointly Administered)
                                              :
------------------------------------------------------------x
```

---

[1] The Debtors are the following 8 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): MMC Precision Holdings Corp., a Delaware corporation (6899), Morton Industrial Group, Inc., a Delaware corporation (1650), Morton Metalcraft Co., an Illinois corporation (3616), Morton Metalcraft Co. of North Carolina, a North Carolina corporation (0199), Morton Technical Services, Inc., an Illinois corporation (4966), B&W Metal Fabricators, Inc., a North Carolina corporation (1150), Morton Metalcraft Co. of Pennsylvania, a Pennsylvania corporation (4526) and Morton Metalcraft Co. of South Carolina, a South Carolina corporation (2687). The address of each of the Debtors is 1021 W. Birchwood Street, Morton, IL 61550.

LEGAL_US_E # 82698433.2
RLF1-3379897-1