# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MMC Precision Holdings Corp., et al.,[1] ) | Case No. 09-10998 (BLS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Re: Docket No. 631, 635 |

## FINAL DECREE CLOSING CERTAIN OF THE REORGANIZED DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022 *NUNC PRO TUNC TO DECEMBER 31, 2010*

Upon consideration of the motion (the "Motion") of Bernadette Barron, the Liquidating Trustee (the "Liquidating Trustee") for the reorganized debtors (collectively, the "Debtors"), pursuant to section 350(a) of the Bankruptcy Code,[2] Bankruptcy Rule 3022, and Local Rule 5009-1, seeking to close the cases of the Terminating Debtors; and the Court having been satisfied that the Terminating Debtors have achieved substantial consummation of the *First Amended Joint Plan of Liquidating Proposed By The Official Committee Of Unsecured Creditors* (the "Plan"); and it appearing that the Terminating Debtors' estates have been fully administered; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

---

[1] The Debtors are the following eight entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): MMC Precision Holdings Corp., a Delaware corporation (6899), Morton Industrial Group, Inc., a Delaware corporation (1650), Morton Metalcraft Co., an Illinois corporation (3616), Morton Metalcraft Co. of North Carolina, a North Carolina corporation (0199), Morton Technical Services, Inc., an Illinois corporation (4966), B& W Metal Fabricators, Inc., a North Carolina corporation (1150), Morton Metalcraft Co. of Pennsylvania, a Pennsylvania corporation (4526) and Morton Metalcraft Co. of South Carolina, a South Carolina corporation (2687). The address of each of the Debtors is 1021 W. Birchwood Street, Morton IL 61550.

[2] Capitalized terms used herein and not otherwise defined shall have the same meaning ascribed to them in the Motion.

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and no other or further notice being required; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Chapter 11 Cases of Morton Industrial Group, Inc. Case No. 09-10999 (BLS); Morton Metalcraft Co., Case No. 09-11000 (BLS); Morton Metalcraft Co. of North Carolina, Case No. 09-11003 (BLS); B&W Metal Fabricators, Inc., Case No. 09-11001 (BLS); Morton Metalcraft Co. of Pennsylvania, Case No. 09-11004 (BLS); Morton Technical Services, Inc., Case No. 09-11002 (BLS); and Morton Metalcraft of South Carolina, Case No. 09-11005 (BLS) are hereby closed *nunc pro tunc* to December 31, 2010; *provided, however*, that the Court shall retain jurisdiction as is provided for in Article XI of the Plan (Retention of Jurisdiction); and it is further

ORDERED that a copy of this Final Decree shall be docketed in each of the Terminating Debtors' Chapter 11 Cases; and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of the Terminating Debtors or any party in interest to seek to reopen the Terminating Debtors' Chapter 11 Cases for cause; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: July 13, 2012
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

WCSR 7280643v1